UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

SARA PIALI,

                    Plaintiff,                    **MEMORANDUM & ORDER**
                                                  21-CV-815(EK)(MMH)
          -against-

FRANK BISIGNANO, COMMISSIONER OF
SOCIAL SECURITY,[1]

                    Defendant.

-------------------------------------x

ERIC KOMITEE, United States District Judge:

          The Court has received Magistrate Judge Henry's Report
and Recommendation (R&R) dated February 23, 2026.  ECF No. 25.
Judge Henry recommends that plaintiff's counsel Lewis Insler's
motion for attorney's fees be granted in the amount of
$5,750.00, pursuant to 42 U.S.C § 406(b), to be paid from
plaintiff's past-due benefits.  Judge Henry also recommends that
if the Court grant this motion, it order counsel to remit
$1,124.48 in previously awarded Equal Access to Justice Act
("EAJA") fees to plaintiff.  Neither party has filed objections
and the time to do so has expired.  Accordingly, the Court

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Bisignano is substituted for Andrew Saul, former Commissioner of Social Security, as the defendant in this suit. *See* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

reviews Judge Henry's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, Insler is awarded $5,750.00 in attorney's fees pursuant to 42 U.S.C § 406(b), to be paid from plaintiff's past-due benefits.  Within seven days of receipt, Insler should refund plaintiff $1,124.48 for the attorney's fees he was awarded pursuant to the EAJA.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    March 10, 2026
          Brooklyn, New York